IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DANNY AMEN** | : | |
| **VALENTINE SHABAZZ,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     v. | : | **CIVIL ACTION NO. 24-CV-1185** |
| | : | |
| **SOVEREIGN SWEETS,** *et al.*, | : | |
|     **Defendants.** | : | |

## ORDER

AND NOW, this 2nd day of May, 2024, upon consideration of Plaintiff Danny Amen Valentine Shabazz's Motion to Proceed *In Forma Pauperis* (ECF No. 8), *pro se* Complaint (ECF No. 1), and Motion for Discovery (ECF No. 25), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. For the reasons in the Court's Memorandum, the Complaint is **DISMISSED WITH PREJUDICE** as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) and for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

4. The Motion for Discovery (ECF No. 25) is **DENIED**.

5. To the extent any of Shabazz's additional filings seek any action from the Court, his requests are **DENIED**.

6. The Court certifies that any appeal from this Order is not taken in good faith. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

7.     The Clerk of Court is **DIRECTED** to **CLOSE** this case.

                              **BY THE COURT:**

                              **/s/Wendy Beetlestone, J.**
                              **WENDY BEETLESTONE, J.**